# CASE ANNOUNCEMENTS

*January 7, 2011*

[Cite as *01/07/2011 Case Announcements*, 2011-Ohio-18.]

## MOTION AND PROCEDURAL RULINGS

**2009–1735. Engel v. Univ. of Toledo College of Medicine.**

Franklin App. No. 09AP–53, 184 Ohio App.3d 669, 2009-Ohio-3957. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of amicus curiae Dr. Marek Skoskiewicz's motion to participate in oral argument scheduled for Tuesday, February 1, 2011,

It is ordered by the court that the motion is granted. Amicus curiae Dr. Marek Skoskiewicz shall be allotted ten minutes for oral argument. Pursuant to S.Ct.Prac.R. 9.5, appellant and appellee shall still be allotted fifteen minutes each for oral argument.

Oral argument shall proceed as follows: appellant's case-in-chief; appellee's response; amicus curiae Dr. Marek Skoskiewicz's argument in support of neither party; and appellant's rebuttal, if any.

**2009–1806. State ex rel. Merrill v. Ohio Dept. of Natural Resources.**

Lake App. No. 2008–L–007 and 2008–L–008, 2009-Ohio-4256. This cause is pending before this court as an appeal and cross-appeal from the Court of Appeals for Lake County.

Upon consideration of the motion to determine an order and allocate separate additional time for oral argument of Homer S. Taft, it is ordered by the court that the motion is granted in part, and oral argument scheduled for Tuesday, February 1, 2011, shall proceed as follows: Appellants/cross-appellees' case-in-chief; appellee/cross-appellant's case-in-chief; appellees/cross-appellees' argument in response to the appeal and cross-appeal; appellants/cross-appellees' rebuttal, if any; appellee/cross-appellant's rebuttal, if any.

It is further ordered that appellants/cross-appellees shall have fifteen minutes of argument time, appellee/cross-appellant shall have ten minutes of argument time, and appellees/cross-appellees shall have ten minutes of argument time.

## DISCIPLINARY CASES

**2010–0486. In re Guernsey.**

By order of April 15, 2010, and pursuant to Gov.Bar R. V(5), this court suspended respondent, Donald James Guernsey, from the practice of law for an indefinite period upon his felony conviction. On December 29, 2010, the Board of Commissioners on Grievances and Discipline filed a certified copy of a judgment entry reversing respondent's conviction. Upon consideration thereof,

It is ordered by the court that Donald James Guernsey, Attorney Registration No. 0002690, last known business address in Fostoria, Ohio, is reinstated to the practice of law in Ohio pursuant to Gov.Bar R. V(5)(D)(1). It is further ordered that pursuant to Gov.Bar R. V(5)(D)(2), this order does not terminate any disciplinary proceedings that may be pending against respondent.